IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | 8:06CR370 |
| ) | |
| HECTOR MANUEL,   ) | **SCHEDULING ORDER** |
| ) | |
| Defendant.   ) | |

Before the court is the government's Motion for Continuance [21]. Good cause being shown, the motion will be granted and the previously set evidentiary hearing on the Motion to Suppress Evidence [18] will be rescheduled.

IT IS ORDERED:

1. That the government's Motion for Continuance [21] is granted; and

2. That the evidentiary hearing on the Motion to Suppress Evidence [18] is continued to **January 31, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 24th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge